UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:24-CV-00070-FDW

| | |
|---|---|
| JAMES ROSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on Defendant's Consent Motion for Remand, (Doc. No. 8), for further administrative proceedings. The Court finds good cause has been alleged for remand and further administrative fact-finding is warranted. Accordingly, pursuant to sentence four of 42 U.S.C. § 405(g), the Court hereby remands the case to the Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sulliavan, 501 U.S. 89 (1991).

**IT IS THEREFORE ORDERED** that the Commissioner's Motion for Remand, (Doc. No. 8), is **GRANTED**.

**IT IS SO ORDERED.**  Signed: July 10, 2024

Frank D. Whitney
United States District Judge